IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CV-01044-M-RJ

KIMBERLY O'DELL,

    Plaintiff,

v.                                          ORDER

C.R. ENGLAND, INC.,

    Defendant.

This matter comes before the court on the parties' Joint Motion to Compel Arbitration and Stay Proceedings [DE 11]. The parties advise that "Plaintiff consented to arbitrate her claims after filing her complaint per the terms of the parties' arbitration agreement." *Id.* Pursuant to 9 U.S.C. §§ 2–3, the parties' motion to compel arbitration is GRANTED, and these proceedings are STAYED until arbitration of Plaintiff's claims is complete.

SO ORDERED this _____ 28th _____ day of July, 2025.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE